STATE OF NEW JERSEY v. GEORGE BAKER.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MILTON P. DURHAM.

February 16, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLEN BASS.

February 17, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH POLLIO.

February 17, 1988.

Petition for certification denied.

CONSOLIDATED RAIL CORPORATION v. CITY OF NEWARK.

February 17, 1988.

Petition for certification denied.